# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| GRANT THOMAS MCADAMS,<br>*Plaintiff*<br>v.<br>JEFFERY UTTECHT<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:16-CV-111-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☑ other: This action is DISMISSED without prejudice for failure to exhause state court remedies.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on a motion for Appointment of Counsel (ECF No. 5)

Date: 07/27/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates